# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
APR 10 2014
CLERK, US DISTRICT COURT
NORFOLK, VA

| United States of America | ) | |
|---|---|---|
| v. | ) | **UNDER SEAL** |
| | ) | |
| **JEFFREY WRIGHT** | ) | Case No. 2:14mj 142 |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between on or about <u>November 27, 2013 through on or about March 27, 2014</u> in the <u>Eastern</u> District of <u>Virginia</u> and elsewhere, the defendant violated:

| *Code Section(s)* | *Offense Description(s)* |
|---|---|
| 18 U.S.C. § 1591 | To knowingly (1) in or affecting interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States, recruits, entices, harbors, transports, provides, obtains, or maintains by any means a person; or (2) benefits financially or by receiving anything of value, from participation in a venture which has engaged in an act described in violation of paragraph (1), knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, or any combination of such means will be used to cause the person to engage in a commercial sex act, or that the person has not attained the age of 18 years and will be caused to engage in a commercial sex act. |
| 18 U.S.C. § 2423(a) | To knowingly transport an individual who has not attained the age of 18 years in interstate or foreign commerce with intent that the individual engage in prostitution, or in any sexual activity for which any person can be charged with a criminal offense. |
| 18 U.S.C. § 1519 | To knowingly alter, destroy, mutilate, conceal, cover up, falsify, or make a false entry in any record, document, or tangible object with the intent to impede, obstruct, or influence the investigation or proper administration of any matter within the jurisdiction of any department or agency of the United States, or in relation to or contemplation of any such matter or case. |

This criminal complaint is based on these facts: **Please see attached Affidavit.**

READ AND REVIEWED:

_____
Elizabeth M. Yusi
Assistant United States Attorney

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Stephen Logan, Special Agent, NCIS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 10, 2014

_____
*Judge's signature*

**TOMMY E. MILLER**
**UNITED STATES MAGISTRATE JUDGE**

City and state: Norfolk, Virginia